# *UNITED STATES DISTRICT COURT*

## SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: 08 MJ 8158

The person charged as Zamorro SHONE now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the SOUTHERN District of FLORIDA (Miami) with Indictment (Case Number: 08-20034) - Misbranding of Sea Food, in violation of 21 United States Code, §§ 331(a), 333(a)(2) , 342(a)(1) and 343(a) and 18 United States Code § 2.

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: February 22, 2008.

Lance Swanson, Special Agent
U.S. Immigration and Customs Enforcement

Reviewed and Approved:

Dated: February 22, 2008

JOHN F. WEIS
Assistant United States Attorney

FILED
FEB 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MB DEPUTY

F

AO 442 (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern District of Florida

UNITED STATES OF AMERICA

V.

ZAMORRO SHONE

## WARRANT FOR ARREST

Case Number: 08-20034

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ZAMORRO SHONE
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- ☑ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Order of court
- ☐ Pretrial Release Violation Petition
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation
- ☐ Violation Notice

charging him or her with (brief description of offense)
Misbranding of Seafood,

ICE warrant courtesy copy.

in violation of Title 21 United States Code, Section(s) 331(a), 333(a)(2)

| | |
|---|---|
| CLARENCE MADDOX | [signature] |
| Name of Issuing Officer | Signature of Issuing Officer |
| COURT ADMINISTRATOR / CLERK OF COURT | Miami, Florida |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20[illegible]34

21 U.S.C. §§ 331(a), 333(a)(2)
18 U.S.C. § 2

UNITED STATES OF AMERICA

v.

ZAMORRO SHONE,

Defendant. /

## INDICTMENT

The Grand Jury charges that:

## BACKGROUND

At all times material to this Indictment:

1. Defendant **ZAMORRO SHONE** was Chief Executive Officer and General Manager of a company, Pacific Marine Union Corporation, located in Vancouver, British Columbia, Canada, and engaged in the purchase, importation, exportation, packing, and re-sale of seafood, including among other products, frozen Queen conch (*Strombus gigas*) meat.

2. The importation into the United States of food, drugs, devices, and cosmetics was and is governed by the provisions of the Food, Drug, and Cosmetic Act ("FDCA"), which is administered by the United States Food & Drug Administration ("FDA"). The FDCA prohibits the importation of food into the United States which is misbranded. 21 U.S.C. §331. Food is misbranded when it contains a label that is false or misleading in any particular. 21 U.S.C. §342(a)(1).

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**BOND RECOMMENDATION**

DEFENDANT: ZAMORRO SHONE

$250,000 CSB

By:
THOMAS WATTS-FITZGERALD
ASSISTANT UNITED STATES ATTORNEY

Last Known Address: ______

What Facility: ______

Agent(s): David Hubbard (305) 526-2610 ext 16

**Counts 1 and 2**
**Misbranding**
**(21 U.S.C. § 331)**

3. On or about the dates identified below with respect to each Count, at Hialeah, Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ZAMORRO SHONE,**

with the intent to defraud, did introduce and cause the introduction of misbranded food into interstate and foreign commerce, while he held a position of responsibility at Pacific Marine Union Corporation, to wit: by shipping and causing to be shipped from Canada to the United States seafood labeled as "Frozen whelk meat," in the approximate amounts and values identified below with respect to each Count, when in truth and in fact, and as the defendant then and there well knew, the shipment contained frozen Queen conch meat:

| Count | Approx. Date | Quantity | Cases | Approx. Retail Value |
|---|---|---|---|---|
| 1 | 10/14/2005 | 4,872 lbs | 140 | $73,080 |
| 2 | 03/14/2006 | 2,100 lbs | 70 | $31,500 |

In violation of Title 21, United States Code, Sections 331(a), 343(a), and 333(a)(2) and Title 18, United States Code, Section 2.

A TRUE BILL

Foreperson

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

Thomas Watts-FitzGerald
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. ______________________

vs.

ZAMORRO SHONE,

Defendant.

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

Court Division: (Select One)

_X_ Miami ___ Key West
___ FTL ___ WPB ___ FTP

New Defendant(s) Yes ____ No ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _No_
List language and/or dialect ________

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
If yes:
Judge: ____________ Case No. ____________
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) _No_
If yes:
Magistrate Case No. ____________
Related Miscellaneous numbers: ____________
Defendant(s) in federal custody as of ____________
Defendant(s) in state custody as of ____________
Rule 20 from the ____________ District of ____________

Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ____ Yes _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ____ Yes _X_ No
If yes, was it pending in the Central Region? ____ Yes ____ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ____ Yes _X_ No

11. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes _X_ No

Thomas Watts-FitzGerald
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0273538

*Penalty Sheet(s) attached

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** ZAMORRO SHONE

**Case No:** ______________________

Counts #: 1 - 2

Misbranding of Seafood

21 U.S.C. §§ 331(a), 333(a)(2)

*** Max.Penalty:** 5 years' imprisonment

Count #:

______________________

______________________

***Max. Penalty:** ______________________

Count #:

______________________

______________________

***Max. Penalty:** ______________________

Count #:

______________________

______________________

***Max. Penalty:** ______________________

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**