# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. Zamorro Shone No. 08mj8158-PCL

HON. Peter C. Lewis Tape No. PCL08-1:10:44-11:05 (21m)

Asst. U.S. Attorney Michelle Petit PTSO N/A

| | | | | | | | | # | Status |
|---|---|---|---|---|---|---|---|---|---|
| Atty | Diane Regan, FD | X | Apt | | Ret | for | Shone | (1) | (C) |
| | | | Apt | | Ret | for | | ( ) | ( ) |
| | | | Apt | | Ret | for | | ( ) | ( ) |
| | | | Apt | | Ret | for | | ( ) | ( ) |
| | | | Apt | | Ret | for | | ( ) | ( ) |
| | | | Apt | | Ret | for | | ( ) | ( ) |
| | | | Apt for Material Witness(es) | | | | | | |

PROCEEDINGS: ____ In Chambers X In Court ____ By Telephone

Detention Hearing - Held
Status Hearing - Held

Defendant admit's ID and waives ID Hearing.
Waiver of Rule 5/5.1 Filed. Government to submit a warrant of removal to Court.
Court orders Defendant removed to the District of Florida Forthwith.
Court Finds Defendant is a Flight Risk. Motion to detain is Granted.
The removal/ID Hearing set for 03/06/08 is hereby vacated.

Date 02/29/08

R. F. Messig
Deputy's Initials